IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LOUIS DENSMORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV 98-RRA-1417-S |
| ) | |
| DRUG ENFORCEMENT ADMINISTRATION ) | |
| and AGENT BRETT RAYBURN, ) | |
| ) | |
| Defendant. ) | |

**ENTERED**
**NOV 1 3 2001**

## MEMORANDUM OF OPINION

On June 3, 1998, plaintiff filed a civil action before this Court alleging his constitutional rights were violated when the Drug Enforcement Agency (DEA) and Agent Rayburn (hereinafter 'defendants') instituted administrative forfeiture proceedings against his 1996 Chevrolet Suburban. Plaintiff sought to have his vehicle returned to him. On June 29, 2001, the magistrate judge instructed the plaintiff to mail pertinent documentation to the Drug Enforcement Agency in order to perfect an administrative review of the forfeiture.

On September 17, 2001, defendants filed a motion (Document #32) to dismiss the plaintiff's claims as moot stating, " [O]n September 6, 2001, the Drug Enforcement Administration accepted the plaintiff's application for administrative review of the forfeiture of the property that is the subject of this litigation and granted the plaintiff the relief sought, to wit, the return of the Chevrolet Suburban truck." As such, defendants contend that "there is no longer a case or controversy between these parties as a prerequisite for jurisdiction by a United States District Court."*Id.*

After careful consideration of the defendants' motion, this Court is of the opinion that same is due to be GRANTED and that the above styled action is due to be DISMISSED as MOOT.

37

An appropriate order will be entered.

DONE on this the 13th day of November, 2001.

_____
WILLIAM M. ACKER, JR.,
UNITED STATES DISTRICT JUDGE